JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-05357-PSG-E | Date | October 2, 2024 |
|---|---|---|---|
| Title | *Akira Thomas v. Louis DeJoy* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Kevin Reddick | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order Dismissing Case for Failing to File a Complete *In Forma Pauperis* Request or Pay Filing Fee

    All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

    On August 19, 2024, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete. Dkt. # 8. The Court directed Plaintiff to either: (1) refile a fully completed Request and a one-page statement explaining the deficiency; or (2) pay the full filing fee. *Id.* The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id.*

    To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

    IT IS SO ORDERED.